## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:14CR118 |
| vs. | ) | |
| | ) | ORDER |
| QUANTAL BLAKE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the government's Motion to Continue  Trial [34] as one of the government's critical witnesses will be out on medical leave.  The defendant objects to the continuance.  Good cause being shown, the motion shall be granted and the trial shall be continued.

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1.   The jury trial previously set for November 12, 2014 is continued to **January 6 , 2015.**

2.   The time between today's date and the commencement of trial is deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that in continuing trial the ends of justice outweigh the best interest of the public and Defendant in a speedy trial and for the reasons set   out in the government's motion to continue trial, See 18 U.S.C. § 3161(7)(A).

3.      A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **October 30, 2014.**  The objecting party must comply with all requirements of NECrimR 59.2.

DATED October 23, 2014.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge