IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CR118 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| QUANTAL BLAKE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of the government to continue trial (Filing No. 36). During a detention hearing on December 30, 2014, the defendant Quantal Blake (Blake) joined in the motion and also requested additional time to file a pretrial motion to suppress. Blake agreed to the motions and understood the additional time requested by the motions would be excluded under the computations of the Speedy Trial Act. The motions were granted.

**IT IS ORDERED:**

1. Blake's oral motion to file pretrial motions out of time is granted. Blake shall have to **on or before January 13, 2015**, in which to file any pretrial motions.

2. The government's motion to continue trial (Filing No. 36) as joined in by Blake is granted. Trial of this matter is rescheduled to commence before Chief Judge Laurie Smith Camp and a jury **on March 24, 2015.**

3. The ends of justice have been served by granting such motions and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motions, i.e., the time between **December 30, 2014, and March 24, 2015,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

DATED this 30th day of December, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge