**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **8:14CR118** |
| **vs.** | |
| **QUANTAL BLAKE,** | **JUDGMENT** |
| **Defendant.** | |

For the reasons set forth in the Court's Memorandum and Order of this date,

IT IS ORDERED:

1.     The Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 120, is denied;

2.     No certificate of appealbility will be issued; and

3.     The Clerk will mail a copy of this Judgment to Defendant at the Defendant's last known address.

Dated this 9th day of October, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge