## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **8:14CR118** |
| **vs.** | |
| **QUANTAL BLAKE,** | **AMENDED JUDGMENT** |
| **Defendant.** | |

For the reasons set forth in the Court's Memorandum and Order of October 9, 2018, and of this date,

IT IS ORDERED:

1.   The Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, ECF No. 120, is denied;

2.   The Defendant's "Motion Pursuant to Rule 59(E) To Alter, Amend, Reconsider, Or Revise [t]he District[ ] Court Judgment," ECF No. 124, is granted insofar as the Court has accepted the Defendant's supplementary materials and arguments presented and has conducted a second initial review, and that Motion is otherwise denied;

3.   No certificate of appealability will be issued; and

4.   The Clerk will mail a copy of this Judgment to Defendant at the Defendant's last known address.

Dated this 8th day of November, 2018.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge