# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>QUANTAL BLAKE<br>    Defendant. | 8:14CR118<br><br>ORDER |

This matter is before the Court on the Notice of Appeal, ECF No. 128, filed by Defendant Quantal Blake, and the Memorandum, ECF No. 129, filed by the Clerk. The Clerk's Memorandum states the "clerk's office cannot process the appeal to the Eighth Circuit until one or more issues are resolved.[ ]" ECF No. 129. The Memorandum then asks the Court to determine whether Defendant is entitled to proceed on appeal in forma pauperis.

When the Court ruled on the Motion under 28 U.S.C. § 2255, it also denied a certificate of appealability. Mem. and Order at 4, ECF No. 122, Page ID 987; Amended Judgment, ECF No. 126; *see also* Rule 11 of the *Rules Governing Section 2254 and 2255 Cases in the United States District Courts* ("The district court must issue or deny a certificate of appealability when it enters a final order adverse to the applicant."). Rather than seeking a certificate of appealability from the Eighth Circuit Court of Appeals, Defendant filed a Notice of Appeal with this Court. Rule 22(b)(2) of the Federal Rules of Appellate Procedure provides that "[i]f no express request for a certificate is filed, the notice of appeal constitutes a request addressed to the judges of the court of appeals."

Defendant "cannot take an appeal unless a circuit justice or a circuit . . . judge issues a certificate of appealability under 28 U.S.C. § 2253(c)." Fed. R. App. P. 22(b)(1). Accordingly,

IT IS ORDERED:

1. The Clerk is directed to forward the Notice of Appeal, construed as a request for a certificate of appealability, ECF No. 128, and the other materials required by Federal Rule of Appellate Procedure 22(b)(1) to the Eighth Circuit Court of Appeals;

2. If the Court of Appeals grants the Petitioner's request for a certificate of appealability, the Petitioner is permitted to proceed on appeal in forma pauperis under Federal Rule of Appellate Procedure 24(a)(3).

Dated this 3rd day of February 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge