IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:14CR118 |
| v. | |
| QUANTAL BLAKE, | ORDER |
| Defendant. | |

    This matter is before the Court on defendant Quantal Blake's ("Blake") pro se Motion for a Sentence Reduction (Filing No. 137) pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Blake's motion is based solely on the application of 18 U.S.C. § 3559 at his sentencing. He raises no COVID or other healthcare issues or concerns. Upon review of Blake's pro se motion, it appears that more than thirty days have passed since he requested compassionate release from the warden at the United States Penitentiary in Pollock, Louisiana, where he is incarcerated. The Court believes the appointment of counsel and additional briefing by the parties is necessary to determine whether a sentence reduction is appropriate under the issues raised. Accordingly,

    IT IS ORDERED:

1. The Federal Public Defender for the District of Nebraska is appointed to represent Blake for the limited purpose of determining whether there are extraordinary and compelling reasons to reduce his term of imprisonment.

2. Within twenty-one days of the date of this Order, the Federal Public Defender shall file a brief addressing Blake's request for sentencing relief and provide any evidence necessary to the Court's disposition of his motion.

3. The government shall file a responsive brief and materials within fourteen days of the date of the Federal Public Defender's brief.

4. Absent an extension or other request from the parties, the motion shall be deemed fully briefed and submitted as of the date of the government's response.

Dated this 9th day of June 2021.

BY THE COURT:

*Robert F. Rossiter, Jr.*
Robert F. Rossiter, Jr.
United States District Judge