# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>      v.<br><br>QUANTAL BLAKE,<br><br>                  Defendant. | 8:14CR118<br><br>**ORDER** |

       This matter is before the Court on defendant Quantal Blake's ("Blake") previously filed pro se Motion for a Sentence Reduction (Filing No. 137) pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) and his current pro se Motion for Compassionate Release based on COVID-19 (Filing No. 142). Blake's initial motion was based solely on the application of 18 U.S.C. § 3559 at his sentencing. He now raises COVID and other healthcare issues. Upon review of Blake's pro se motions, it appears that more than thirty days have passed since he requested compassionate release from the warden at the United States Penitentiary in Pollock, Louisiana, where he is incarcerated. The Court believes additional briefing by the parties is necessary to determine whether a sentence reduction is appropriate. Accordingly,

      IT IS ORDERED:

1. The Federal Public Defender for the District of Nebraska was previously appointed to represent Blake regarding his Motion for a Sentence Reduction (Filing No. 137) and will also represent him regarding his Motion for Compassionate Release (Filing No. 142), based upon COVID-19.

2. The U.S. Probation and Pretrial Services Office is directed to investigate Blake's compassionate-release request and promptly file under seal a report on that investigation.

3. The probation office is authorized to disclose Presentence Investigation Reports to the Federal Public Defender and the United States Attorney for the purpose of evaluating the motion. Blake's counsel shall provide the

Presentence Investigation Report to any subsequently appointed or retained counsel. In accordance with the policy of the Federal Bureau of Prisons, no Presentence Investigation Report shall be provided to inmates.

4. The previous briefing schedule is stricken.

5. The government and Blake's counsel shall each file within ten days of the probation office filing its investigation report a brief addressing Blake's request for sentencing relief and provide any evidence necessary to the Court's disposition of his motion. Absent an extension, the motion shall be deemed fully briefed and submitted as of that date.

Dated this 22nd day of June 2021.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge