IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:14CR118 |
| v. | |
| QUANTAL BLAKE, | ORDER |
| Defendant. | |

This matter is before the Court on defendant Quantal Blake's ("Blake") "Motion for Reconsideration Pursuant to Rule 59(e)" (Filing No. 152).

For the reasons stated in the Court's Memorandum and Order of November 16, 2021, (Filing No. 151), Blake's motion is denied.

IT IS SO ORDERED.

Dated this 7th day of December 2021.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge